EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Juan Guillermo Soto Fonalledas | 2006 TSPR 173<br><br>169 DPR \_\_\_\_ |

Número del Caso: TS-13,651


Fecha: 17 de noviembre de 2006


Abogado de la Parte Peticionaria:

                  Por Derecho Propio

Colegio de Abogados de Puerto Rico:

                  Lcdo. José M. Montalvo Trías
                  Director Ejecutivo

Oficina del Procurador General:

                  Lcda. Maite D. Oronoz Rodríguez
                  Subprocuradora General

                  Lcda. Miriam Soto Contreras
                  Procuradora General Auxiliar


Materia: Reactivación a la profesión de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                              TS-13651

Juan Guillermo Soto Fonalledas

RESOLUCION

San Juan, Puerto Rico, a 17 de noviembre de 2006.

Examinada la "Moción en Contestación a Resolución" del 29 de octubre de 2006 presentada por el Colegio de Abogados de Puerto Rico y la "Moción Informando Estado del Caso" del 27 de octubre de 2006 presentada por el Procurador General, se concede la reactivación a la profesión de la abogacía del licenciado Juan G. Soto Fonalledas.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo